In the Matter of the Claim of FRANK C. LISSOW, Respondent, against MABBETT MOTORS, INC., Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.

Submitted May 16, 1938; decided May 18, 1938.

*Henry Redman Dutcher* for motion.
*George J. Hayes* opposed.

Motion denied.